

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,<br><br>                              Plaintiffs,<br><br>-against-<br><br>N. PICCO & SONS CONTRACTING CO., INC.,<br><br>                              Defendant. | Index # 08-CIV-5146 (CLB)<br><br>**REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |

TO:    Clerk of the United States District Court for the
         Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, N. PICCO & SONS CONTRACTING CO., INC., having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Fund, (hereinafter referred to as the "FUNDS"); and the Westchester Teamsters Local Union No. 456 (hereinafter referred to as the "Union"), and against the Defendant, N. PICCO & SONS CONTRACTING CO., INC., in the sum of $19,987.39 which includes unpaid principal, liquidated damages, interest, court costs and attorney's fees.

Dated:  Elmsford, New York
           July 31, 2008

                                                                         /s/ Dana L. Henke
                                                          Dana L. Henke, Esq. (DLH3025)
                                                          BARNES, IACCARINO, VIRGINIA,
                                                          AMBINDER & SHEPHERD, PLLC
                                                          258 Saw Mill River Road
                                                          Elmsford, New York 10523
                                                          (914) 592-1515