# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,

Plaintiffs,

-against-

08 Civ. 5146 (CS)

**SUBSTITUTION OF ATTORNEY**

N. PICCO & SONS CONTRACTING CO., INC.,

Defendants.

-----------------------------------------------------------------------x

PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, NY
August 26, 2008

Barnes, Iaccarino, Virginia,
Ambinder & Shepherd, PLLC

By: _____
Giacchino Russo, Esq. (GR8313)
258 Saw Mill River Road
Elmsford, NY 10523
(914) 592-1515

SO ORDERED:

_Cathy Seibel_
HONORABLE JUDGE CATHY SEIBEL, U.S.D.J

Date: 8/27/08
White Plains, NY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION,
HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING,
S.U.B., INDUSTRY ADVANCEMENT AND LEGAL SERVICES
FUNDS,

                                   Plaintiffs,

        -against-                                  08 Civ. 5146 (CS)

**AFFIDAVIT PURSUANT TO LOCAL CIVIL RULE 1.4**

N. PICCO & SONS CONTRACTING CO. INC.,

                                 Defendants.
-----------------------------------------------------------------x

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF WESTCHESTER  )

Giacchino James Russo, Esq., being duly sworn, deposes and says:

1.    I am a member of the bar of this Court and am associated with the firm Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, the attorneys of record for the Plaintiffs, Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Fund. I am fully familiar with the facts set forth herein, and submit this Affidavit with the annexed Substitution of Attorney pursuant to Local Civil Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York.

2. Karin Arrospide, Esq., who was counsel of record for Plaintiffs in this action, is no longer associated with this firm, and I have been assigned as the attorney for this matter.

3. The Complaint and Rule 7.1 were filed on June 4, 2008. A Request For Entry of Default Judgment was filed on August 6, 2008 and is currently pending before the Court. WHEREFORE, Plaintiffs respectfully request that the annexed Substitution of Attorney be granted.

Dated: Elmsford, New York
August 6, 2008

Giacchino James Russo, Esq. (GR8313)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

Sworn to before me this 26 day of August, 2008

Notary Public

EMILY ROSCIA
Notary Public, State of New York
No. 02-RO6099447
Qualified in Westchester County
Commission Expires September 29, 2011

F:\L373 Collections\Behrens\Rule 4.1 Affidavit.doc

2